IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COLT MICHAEL IRONS,<br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social<br>Security,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 6:24-cv-00135-GLJ |

## OPINION AND ORDER

Defendant, the Commissioner of Social Security (Commissioner), has filed an unopposed Motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Upon consideration, the Court finds Defendant's Unopposed Motion and Brief to Reverse for Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 17] should be GRANTED.

Accordingly, this Court hereby **REVERSES** the Commissioner's decision in this matter and **REMANDS** the case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED on this 5th day of September 2024.

_____
**GERALD L. JACKSON**
**UNITED STATED MAGISTRATE JUDGE**